# IN THE SUPREME COURT OF THE STATE OF NEVADA

DAVID PHILLIP RUFFA,
Petitioner,
vs.
THE STATE OF NEVADA,
Respondent.

No. 69599

**FILED**

FEB 1 0 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## *ORDER DENYING PETITION*

This is a pro se petition for a writ of coram nobis. Petitioner seeks DNA testing of biological evidence related to his criminal conviction. We have reviewed the documents submitted in this matter, and without deciding upon the merits of any claims raised therein, we decline to exercise original jurisdiction in this matter because petitioner has an adequate legal remedy. Petitioner may file a petition for genetic marking testing pursuant to NRS 176.0918.[1] Accordingly, we

ORDER the petition DENIED.

_____, C.J.
Parraguirre

_____, J.
Douglas

_____, J.
Cherry

cc: David Phillip Ruffa
Attorney General/Carson City

---

[1]We express no opinion as to whether petitioner can satisfy the filing requirements for such a petition.

16-04459